No. 1046. THE UNITED STATES, PETITIONER, *v.* JAMES B. REGAN. April 21, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for

the Second Circuit granted. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the petitioner. *Mr. Max D. Steuer* for the respondent.